SMALL *v.* SMALL.

CANDLER, J. In the argument before this court only the general grounds of the motion for a new trial, that the verdict was contrary to law and the evidence, were insisted upon. The evidence, while conflicting, warranted the verdict; and the judgment overruling the motion will not be disturbed.　　　*Judgment affirmed. All the Justices concur.*

Argued November 14,—Decided December 21, 1905.

Appeal. Before Judge Cann. Chatham superior court. March term, 1905.

*George Gordon* and *Edmund H. Abrahams,* for plaintiff in error. *W. B. Stubbs,* contra.